**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7271**

———————

LARNETTE M. WESTBROOK,

                                        Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., District Judge.  (5:06-cv-00086-FPS)

———————

Submitted:  October 18, 2007        Decided:  October 26, 2007

———————

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Larnette M. Westbrook, Appellant Pro Se.  Betsy S. Jividen, Assistant United States Attorney, Helen Campbell Altmeyer, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larnette M. Westbrook, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. Because Westbrook's general objections failed to object to the findings made by the magistrate judge with sufficient specificity, we conclude he has waived appellate review of his claims. See United States v. Midgette, 478 F.3d 616, 622 (4th Cir. 2007). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED